1  JOHN E. HILL (SBN 45338)
   john.hill@hill-law-offices.com
2  DENISE MEJLSZENKIER (SBN215166)
   d.mejl@hill-law-offices.com
3  LAW OFFICES OF JOHN E. HILL
   A PROFESSIONAL CORPORATION
4  333 Hegenberger Road, Suite 500
   Oakland, California  94621
5  Telephone: (510) 588-1000
   Fax: (510) 633-2504
6
   Attorneys for Plaintiffs
7  WILLIAM JEFF HOLLEY & PHILLIP CALVIN

8
                    **UNITED STATES DISTRICT COURT**
9
                   **NORTHERN DISTRICT OF CALIFORNIA**
10
                      **SAN FRANCISCO DIVISION**
11

12

13  _____ )      Case No.  16-CV-05475-WHO
    WILLIAM JEFF HOLLEY;             )
14  PHILLIP CALVIN;                  )      STIPULATION AND [PROPOSED]
                                     )      ORDER TO CONTINUE BRIEFING
15              Plaintiffs,          )      SCHEDULE ON PLAINTIFFS'
                                     )      MOTION TO REMAND
16  vs.                              )
                                     )
17  TECHTRONIC INDUSTRIES NORTH      )      Honorable William H. Orrick
    AMERICA, INC., a corporation;    )
18  and DOES 1 through 500;          )
                                     )
19              Defendants.          )
    _____ )
20

21       It is hereby stipulated by and between the parties, Plaintiffs WILLIAM JEFF HOLLEY

22  and PHILLIP CALVIN and Defendants TECHTRONIC INDUSTRIES NORTH AMERICA,

23  INC. and ONE WORLD TECHNOLOGIES, INC., by and through their respective attorneys of

24  record, to extend the briefing schedule on Plaintiffs' Motion to Remand, and at the discretion of

25  the Court, to likewise continue the hearing date on said motion.

26       Whereas on September 26, 2016 Defendants filed a Notice of Removal of this matter

27  from state Court, on October 26, 2016 Plaintiffs filed their Motion to Remand. As such,

28  pursuant to Civil L.R. 7.3 any opposition would be due by November 9, 2016 and any reply

_____
STIPULATION AND [PROPOSED] ORDER TO CONTINUE BRIEFING SCHEDULE (16-CV-05475-WHO)

                                                                                    1

1  thereto would be due by November 16, 2016.

2  Whereas the parties agree that further time is necessary for briefing on Plaintiff's Motion

3  to Remand due to a conflict with Plaintiffs' counsels' schedule and availability.

4  Whereas, on October 28, 2016, the Court, sua sponte, continued the hearing on Plaintiffs'

5  Motion to Remand to December 7, 2016

6  NOW, THEREFORE, IT IS HEREBY JOINTLY STIPULATED, by and between the

7  parties through their respective counsel of record, and subject to the Court's approval, that the

8  briefing schedule on Plaintiffs' Motion to Remand be continued as follows:

9      1.     Opposition to Plaintiffs' Motion to Remand, if any, shall be due filed and served

10            on or before November 22, 2016.

11     2.     Plaintiffs' reply brief, if any, on their Motion to Remand, shall be due filed and

12            served on or before November 29, 2016.

13     3.     The parties further stipulate to having the hearing date on Plaintiffs' Motion to

14            Remand continued to December 21, 2016, if the Court desires additional time to

15            review the parties' briefing prior to the hearing on the motion.

16

17     SO STIPULATED.

18

19
   DATED:  _11/2/16_                         LAW OFFICES OF JOHN E. HILL
20                                           A Professional Corporation

21

22                               By:  _____
                                     DENISE MEJLSZENKIER
23                                   Attorneys for Plaintiffs
                                     WILLIAM JEFF HOLLEY and
24                                   PHILLIP CALVIN

25

26  //

27  //

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE BRIEFING SCHEDULE (16-CV-05475-WHO)

2

DATED: __11.02.16__

RILEY SAFER HOLMES & CANCILA, LLP

By: _____
LANCE C. CIDRE
Attorneys for Defendants
TECHTRONIC INDUSTRIES NORTH
AMERICA, INC. and ONE WORLD
TECHNOLOGIES, INC.

## ORDER

Good cause appearing, from the Stipulation and the accompanying Declaration of Denise Mejlszenkier, it is SO ORDERED that the briefing schedule on Plaintiffs' Motion to Remand shall be continued as follows:

1.  Opposition to Plaintiffs' Motion to Remand, if any, shall be filed and served on or before November 22, 2016.

2.  Plaintiffs' reply brief, if any, on their Motion to Remand, shall be filed and served on or before November 29, 2016.

3.  Plaintiffs' Motion to Remand shall be continued to December 21, 2016.

Dated: __November 8, 2016__   _____
Honorable William H. Orrick
District Court Judge