JOHN E. HILL (SBN 45338)
john.hill@hill-law-offices.com
DENISE MEJLSZENKIER (SBN215166)
d.mejl@hill-law-offices.com
LAW OFFICES OF JOHN E. HILL
A PROFESSIONAL CORPORATION
333 Hegenberger Road, Suite 500
Oakland, California 94621
Telephone: (510) 588-1000
Fax: (510) 633-2504

Attorneys for Plaintiffs
WILLIAM JEFF HOLLEY & PHILLIP CALVIN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM JEFF HOLLEY;<br>PHILLIP CALVIN;<br><br>            Plaintiffs,<br><br>vs.<br><br>TECHTRONIC INDUSTRIES NORTH AMERICA, INC., a corporation;<br>and DOES 1 through 500;<br><br>            Defendants. | Case No. 16-CV-05475-WHO<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR THE FILING AND SERVICE OF PLAINTIFFS' REPLY BRIEF IN SUPPORT OF THEIR MOTION TO REMAND<br><br>Honorable William H. Orrick |

It is hereby stipulated by and between the parties, Plaintiffs WILLIAM JEFF HOLLEY and PHILLIP CALVIN and Defendants TECHTRONIC INDUSTRIES NORTH AMERICA, INC. and ONE WORLD TECHNOLOGIES, INC., by and through their respective attorneys of record, to extend the time for the filing and service of Plaintiffs' reply brief.

Whereas the deadline for Plaintiffs to file their reply brief in support of their Motion to Remand was November 29, 2016.

Whereas counsel for Plaintiffs had problems accessing the ECF system on November 29,

---

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR REPLY ON MOT. TO REMAND
(16-CV-05475-WHO)

1

1  2016 when attempting to file and serve Plaintiff's reply brief such that her reply brief was
2  accepted by the ECF system 7 minutes after the filing deadline.
3    Whereas Defendants have no objection to the de minimis delay in the filing and service of
4  Plaintiff's reply brief.
5    NOW, THEREFORE, IT IS HEREBY JOINTLY STIPULATED, by and between the
6  parties through their respective counsel of record, and subject to the Court's approval, that the
7  deadline for Plaintiffs' to file and serve their reply brief in support of their Motion to Remand
8  shall be extended to November 30, 2016.

10  SO STIPULATED.

12  DATED: 11-30-16

LAW OFFICES OF JOHN E. HILL
A Professional Corporation

By: _____
DENISE MEJLSZENKIER
Attorneys for Plaintiffs
WILLIAM JEFF HOLLEY and
PHILLIP CALVIN

19  DATED: 11.30.16

RILEY SAFER HOLMES & CANCILA, LLP

By: _____
LANCE C. CIDRE
Attorneys for Defendants
TECHTRONIC INDUSTRIES NORTH
AMERICA, INC. and ONE WORLD
TECHNOLOGIES, INC.

# ORDER

Good cause appearing, from the Stipulation and the accompanying Ex Parte Application and Declaration of Denise Mejlszenkier, it is SO ORDERED that the deadline for Plaintiffs' to file and serve their reply brief in support of their Motion to Remand shall be extended to November 30, 2016.

Dated: December 9, 2016

_____
Honorable William H. Orrick
District Court Judge

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR REPLY ON MOT. TO REMAND (16-CV-05475-WHO)

3