JOHN E. HILL (SBN 45338)
john.hill@hill-law-offices.com
DENISE MEJLSZENKIER (SBN215166)
d.mejl@hill-law-offices.com
LAW OFFICES OF JOHN E. HILL
A PROFESSIONAL CORPORATION
333 Hegenberger Road, Suite 500
Oakland, California 94621
Telephone: (510) 588-1000
Fax: (510) 633-2504

Attorneys for Plaintiffs
WILLIAM JEFF HOLLEY & PHILLIP CALVIN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WILLIAM JEFF HOLLEY;<br>PHILLIP CALVIN;<br><br>          Plaintiffs,<br><br>vs.<br><br>TECHTRONIC INDUSTRIES NORTH AMERICA, INC., a corporation; ONE WORLD TECHNOLOGIES, INC., and DOES 1 through 500;<br><br>          Defendants. | Case No. 16-CV-05475-WHO<br><br>STIPULATION AND ORDER TO CONTINUE HEARING DATE AND BRIEFING SCHEDULE ON DEFENDANT TECHTRONIC INDUSTRIES NORTH AMERICA, INC., AND ONE WORLD TECHNOLOGIES, INC.'S MOTION FOR SUMMARY JUDGMENT<br><br>Honorable William H. Orrick |

    It is hereby stipulated by and between the parties, Plaintiffs WILLIAM JEFF HOLLEY and PHILLIP CALVIN and Defendants TECHTRONIC INDUSTRIES NORTH AMERICA, INC., and ONE WORLD TECHNOLOGIES, INC., by and through their respective attorneys of record, to continue the hearing date and extend the briefing schedule on Defendant TECHTRONIC INDUSTRIES NORTH AMERICA, INC., and ONE WORLD TECHNOLOGIES, INC.'s Motion for Summary Judgment.

---

STIPULATION AND ORDER TO CONTINUE HEARING DATE AND BRIEFING SCHEDULE
ON DEFENDANT TECHTRONIC INDUSTRIES NORTH AMERICA, INC., and ONE WORLD
TECHNOLOGIES, INC. MOTION FOR SUMMARY JUDGMENT

WHEREAS on October 10, 2018, Defendants TECHTRONIC INDUSTRIES NORTH AMERICA, INC., and ONE WORLD TECHNOLOGIES, INC.'s filed a Motion for Summary Judgment to be heard on November 14, 2018, at 2:00pm., and as such, pursuant to Civil L.R. 7.3 any opposition would be due October 24, 2018, and any reply thereto would be due by October 31, 2018.

WHEREAS attorney for plaintiffs who would be preparing the opposition, Denise Mejlszenkier, went on a preplanned vacation from October 13, 2018, to October 22, 2018.

WHEREAS the parties agree that, due to a conflict with Plaintiff's counsel's schedule and availability, further time is necessary for briefing on Defendants TECHTRONIC INDUSTRIES NORTH AMERICA, INC., and ONE WORLD TECHNOLOGIES, INC.'s Motion for Summary Judgment.

NOW, THEREFORE, IT IS HEREBY JOINTLY STIPULATED, by and between the parties through their respective counsel of record, and subject to the Court's approval, as follows:

1. That the hearing on Defendants TECHTRONIC INDUSTRIES NORTH AMERICA, INC., and ONE WORLD TECHNOLOGIES, INC.'s Motion for Summary Judgment be continued to November 28, 2018, at 2:00PM.

2. Plaintiffs' Opposition and Defendant's reply shall be due filed and served in accordance with the Local Rules based on the new hearing date.

//
//
//

STIPULATION AND ORDER TO CONTINUE HEARING DATE AND BRIEFING SCHEDULE ON DEFENDANT TECHTRONIC INDUSTRIES NORTH AMERICA, INC., and ONE WORLD TECHNOLOGIES, INC. MOTION FOR SUMMARY JUDGMENT

2

SO STIPULATED

DATED: October 16, 2018  LAW OFFICES OF JOHN E. HILL
A Professional Corporation

By: /S/
JOHN E. HILL
DENISE MEJLSZENKIER
Attorneys for Plaintiffs
WILLIAM JEFF HOLLEY and
PHILLIP CALVIN

DATED: October 17, 2018  RILEY SAFER HOLMES & CANCILA LLP

By: _____
LANCE C. CIDRE
Attorney for Defendants
TECHTRONIC INDUSTRIES NORTH
AMERICA, INC., and ONE WORLD
TECHNOLOGIES, INC.

ORDER

Good cause appearing, from the Stipulation and the accompanying Declaration of John E. Hill, it is SO ORDERED as follows:

1. The hearing on Defendants TECHTRONIC INDUSTRIES NORTH AMERICA, INC., and ONE WORLD TECHNOLOGIES, INC.'s Motion for Summary Judgment be continued to November 28, 2018, at 2:00pm.

2. Plaintiffs' Opposition and Defendant's Reply are to be filed in accordance with the Local Rules based on the new hearing date.

SO ORDERED

Dated: October 17, 2018

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE FOR THE
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND ORDER TO CONTINUE HEARING DATE AND BRIEFING SCHEDULE ON DEFENDANT TECHTRONIC INDUSTRIES NORTH AMERICA, INC., and ONE WORLD TECHNOLOGIES, INC. MOTION FOR SUMMARY JUDGMENT

3