UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JEFF HOLLEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TECHTRONIC INDUSTRIES NORTH AMERICA, INC., et al., <br><br> Defendants. | Case No. 16-cv-05475-WHO <br><br> **ORDER OF DISMISSAL** <br><br> Re: Dkt. No. 95 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: May 3, 2021

_____
WILLIAM H. ORRICK
United States District Judge